IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   § | |
| Plaintiff,   § | |
| § | |
| v.   § | CASE NO. P-19-CR-774-DC |
| § | |
| THOMAS ALAN ARTHUR,   § | |
| Defendant.   § | |

### NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE DAVID COUNTS, UNITED STATES DISTRICT JUDGE:

Notice is hereby given to the Court and all other parties in interest of the appearance of Assistant United States Attorney Fidel Esparza III as additional counsel for the United States.

It is requested that any and all notices, pleadings, orders, and other papers *as they pertain to asset forfeiture* be served upon the United States Attorney for the Western District of Texas, addressed as follows: Assistant United States Attorney Fidel Esparza III, United States Attorney's Office, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

                        Respectfully submitted,

                        JOHN F. BASH
                        UNITED STATES ATTORNEY

By:   /s/
        FIDEL ESPARZA III
        Assistant United States Attorney
        State Bar No. 24073776
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel: 210-384-7026
        Fax: 210-384-7045
        Email: Fidel.Esparza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participants:

**Lane Andrew Haygood**
Haygood Law Firm
522 North Grant Ave.
Odessa, TX 79765
Email: lane@haygoodlawfirm.com

**Mark William Bennett**
917 Franklin St.
4th Floor
Houston, TX 77002
Email: mb@ivi3.com
*Attorneys for Defendant Thomas Alan Arthur*

/s/
FIDEL ESPARZA III
Assistant United States Attorney