UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO:   PE:19-CR-00774(1)-DC |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER GRANTING CONTINUANCE OF TRIAL SETTING

Before the Court is the Government's Unopposed Motion for Continuance of the Jury Trial [Doc. 12] filed December 10, 2019.  The Court **GRANTS** the Motion.

Accordingly,   **IT IS ORDERED** that the Motion for Continuance of the Jury Trial is **GRANTED.**  This case is rescheduled for Jury Selection on **JUNE 16, 2020** at **8:30 AM**.

The Court finds that the interest of justice outweighs the interest of the Defendant(s) and of the public in a speedy trial, and that the period of time from JANUARY 22, 2020, through JUNE 16, 2020, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) et seq.

**IT IS SO ORDERED**.

Signed this **11th day of December, 2019**.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE