**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | P:19-CR-774 (1) DC |
| | § | |
| THOMAS ALAN ARTHUR | § | |
|     Defendant. | § | |

## AMENDED ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE JURY SELECTION/TRIAL AND DESIGNATING CASE COMPLEX

Came on this date to be considered the Government's Unopposed Motion to Continue Trial and Designation as Complex Case and Tolling of Speedy Trial Provisions in the above styled cause, and after considering the same, the Court is of the opinion that it should be granted.

THE COURT HEREBY FINDS the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendants in a speedy trial, based on the following factors:

1. The issues and facts in this case are complex and it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act; and

2. Due to the volume and type of discovery in this case, adherence to the time limits prescribed in the Speedy Trial Act will deny counsel for both Defendant and the Government the reasonable time necessary for effecting preparation, taking into account the exercise of due diligence by both parties.

IT IS HEREBY ORDERED that the case is continued until June 16, 2020 for jury selection and trial.

IT IS FURTHER ORDERED that the time period between the filing of the Government's instant Motion and the date set above for Jury Selection/Trial is excludable under the provisions of Title 18, United States Code, Section 3161(h)(7).

It is so **ORDERED**.

SIGNED this 23rd day of December, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE