IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS ALAN ARTHUR,<br>　　　　Defendant. | §<br>§<br>§<br>§　CASE NO. P-19-CR-774-DC<br>§<br>§<br>§ |

## UNITED STATES OF AMERICA'S
## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

On November 11, 2019 an Indictment (Doc. 5) was returned against Defendant THOMAS ALLEN ARTHUR for the violations of 18 U.S.C. §§ 1462 and 1466.  The Indictment included a general Notice of United States of America's Demand for Forfeiture which gave notice that the United States seeks the criminal forfeiture of property pursuant to 18 U.S.C. § 1467(a). Specifically, this Bill of Particulars seeks the criminal forfeiture of the property listed herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain property from Defendant THOMAS ALAN ARTHUR as follows:

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Obscenity Violations and Forfeiture Statutes
### [18 U.S.C. §§ 1462 & 1466, subject to forfeiture pursuan to 18 U.S.C. § 1467(a)

As a result of the foregoing criminal violation set forth in Counts One through Seven the United States of America gives notice of its intent to seek the forfeiture of certain property subject

to forfeiture, upon conviction, and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 1467(a)(1), (2), and (3), which states:

> **Title 18 U.S.C. § 1467. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.-** A person who is convicted of an offense involving obscene material under this chapter shall forfeit to the United States such person's interest in -
>> **(1)** any obscene material produced, transported, mailed, shipped or received in violation of this chapter;
>> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such.

This Bill of Particulars includes but is not limited to the following properties described below:

## II.
## Real Properties

Real Property located and situated at **1260 Angel Road, Alpine, Brewster County, Texas, 79830**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The N/2 of the W/2 of the SW/4 of the SW/4;
2. The S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the NW/4 of the SW/4;
4. The N/2 of the E/2 of the SW/4 of the SW/4;
5. The N/2 of the W/2 of the SE/4 of the SW/4;
6. The S/2 of the E/2 of the NW/4 of the SW/4;
7. The S/2 of the W/2 of the NE/4 of the SW/4.

Being 80 acres of land, more or less;

AND The North Half (N/2) of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of Section 23, Block 217, T & St. L. Ry. Co., Original Grantee, Brewster County, Texas, known as Terlingua Ranch Tract No. 8690, and being 20 acres of land, more or less;

AND Terlingua Ranch Tract No. N-173 out of Section 21, Block NC, Brewster County, Texas, containing 5 acres of land, more or less.

                                  Respectfully submitted,

                                  JOHN F. BASH
                                  UNITED STATES ATTORNEY

By:   /s/
        FIDEL ESPARZA III
        Assistant United States Attorney
        State Bar No. 24073776
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel: 210-384-7026
        Fax: 210-384-7045
        Email: Fidel.Esparza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participants:

**Lane Andrew Haygood**
Haygood Law Firm
522 North Grant Ave.
Odessa, TX 79765
Email: lane@haygoodlawfirm.com

**Mark William Bennett**
917 Franklin St.
4th Floor
Houston, TX 77002
Email: mb@ivi3.com

*Attorneys for Defendant Thomas Alan Arthur*

                                /s/
                                FIDEL ESPARZA III
                                Assistant United States Attorney