UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | NO: PE:19-CR-00774(1)-DC |
| (1) THOMAS ALAN ARTHUR | § § | |

**ORDER SETTING MOTIONS HEARING - MOTION TO REVOKE ORDER OF DETENTION**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING - MOTION TO REVOKE ORDER OF DETENTION,** in the Courtroom 1, 410 S. Cedar, Pecos, TX 79772, on **March 16, 2020 at 10:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

IT IS SO ORDERED this 28th day of February, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE