**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED USMS W/TX
FEB 21 2020
SAN ANTONIO

FILED
MAR 09 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | P-19-CR-774-DC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THOMAS ALAN ARTHUR | Recording of Lis Pendens |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brewster County Clerks Office: Attn Legal Counsel
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 W Ave E., Alpine, Texas 79830

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

FIDEL ESPARZA III, AUSA
UNITED STATES ATTORNEY'S OFFICE
601 N.W. LOOP 410, STE. 600
SAN ANTONIO, TEXAS 78216

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 210-384-7040
DATE: 2-24-20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. P80 | District to Serve No. P80 | Signature of Authorized USMS Deputy or Clerk | Date 2-24-2020 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 3-9-2020   Time: 12:56   ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | | 65.00 | — | — |

**REMARKS**

Please record and Return one (1) file stamped and a RECORDED copy of the Lis Pendens regarding:
Real Property located and situated at 1260 Angel Road, Alpine, Brewster County, Texas, 79830 (20-FBI-002354)

(PERSONAL SERVICE REQUIRED)

Lis Pendens was recorded - Feb 28, 2020

Paralegal: ST

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

RECEIVED
USMS W/TX

FEB 21 2020

SAN ANTONIO

Book 0382 / Page 0483
Doc #109743

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> THOMAS ALAN ARTHUR, <br> Defendant. | § <br> § <br> § <br> § CASE NO. P-19-CR-774-DC <br> § <br> § <br> § |

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that a criminal action is now pending in the United States District Court for the Western District of Texas, Pecos Division, against Defendant **THOMAS ALAN ARTHUR (01)**, which includes the below described real property. Specifically, the Bill of Particulars for Forfeiture of Property filed in the above styled and numbered cause contains the United States of America's notice of intent to forfeit certain real property more fully described as follows:

Real Property located and situated at **1260 Angel Road, Alpine, Brewster County, Texas, 79830**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The N/2 of the W/2 of the SW/4 of the SW/4;
2. The S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the NW/4 of the SW/4;
4. The N/2 of the E/2 of the SW/4 of the SW/4;
5. The N/2 of the W/2 of the SE/4 of the SW/4;
6. The S/2 of the E/2 of the NW/4 of the SW/4;
7. The S/2 of the W/2 of the NE/4 of the SW/4.

Being 80 acres of land, more or less;

AND The North Half (N/2) of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of Section 23, Block 217, T & St. L. Ry. Co., Original Grantee, Brewster County, Texas, known as Terlingua Ranch Tract No. 8690, and being 20 acres of land, more or less;

AND Terlingua Ranch Tract No. N-173 out of Section 21, Block NC, Brewster County, Texas, containing 5 acres of land, more or less.

Pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 1467, the United States of America hereby gives notice that any property, real or personal, used or intended to be used to commit, or to promote the commission of, the violations of 18 U.S.C §§ 1462 and 1466, or any property traceable to such property, as alleged in the Bill of Particulars for Forfeiture of Property, including the real property aforementioned, is subject to forfeiture to the United States of America.

Take notice that pursuant to Title 21 U.S.C. § 853(c), any and all right, title, and interest in the subject real property with any and all buildings, appurtenances and improvements thereon vests in the United States of America at the time of the commission of the unlawful acts giving rise to forfeiture.

For further information concerning this action, reference may be made to the records of the Clerk of the Court, United States District Court for the Western District of Texas, Pecos Division.

Dated this 21 day of February, 2020.

JOHN F. BASH
United States Attorney

By: _____
FIDEL ESPARZA III
Assistant United States Attorney
State Bar No. 24073776
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7026
Fax: 210-384-7045
Email: Fidel.Esparza@usdoj.gov

2

STATE OF TEXAS )
COUNTY OF BEXAR )

The foregoing Notice of Lis Pendens was acknowledged before me on the 21st day of February, 2020, by Fidel Esparza III., Assistant United States Attorney.

_____
Notary Public in and for the State of Texas

JASON K. CHOVANETZ
My Notary ID # 129906539
Expires August 1, 2022

3



JASON K CHOWMETZ
My Notary ID # 132304230
Expires August 1, 2022

BOOK 0382 / PAGE 486 Doc #109743

Doc#: 109743
# Pages: 4
02/28/2020   11:47AM
Filed & Recorded in
Official Records of
BREWSTER COUNTY
BERTA RIOS-MARTINEZ
COUNTY CLERK
Fees: $50.00

**STATE OF TEXAS**
**COUNTY OF BREWSTER**
I hereby certify that this Instrument was
FILED on the date and at the time stamped
hereon by me and was duly RECORDED in the
Volume and Page of the Official Public
Records of Brewster County, Texas
**VOL: 0382   PAGE: 0483**

*Berta Rios-Martinez*
**County Clerk, Brewster County, Texas**