UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

# GOVERNMENT EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| Govt 1 | List of places Defendant lived | 3/16/20 |
| Govt 2 | Email thread from message board | 3/16/20 |
| Govt 3 | Email from Defendant | 3/16/20 |