IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.   P:19-CR-00774 (01) DC |
| | § | |
| THOMAS ALAN ARTHUR | § | |

# ORDER

On March 16, 2020, the Court held a hearing on the Defendant's Motion to Revoke Order of Detention (Doc. 18) filed February 26, 2020.  The Defendant failed to establish by clear and convincing evidence that he would not flee or pose a danger to any other person or to the community. The Court **AFFIRMS** the Magistrate's Order of Detention Pending Trial (Doc. 9) and **ORDERS** the Defendant to remain **DETAINED** until further order of the Court.

It is so **ORDERED**.

SIGNED this 19th day of March, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE