United States District Court
Western District of Texas
Pecos Division

| United States of America | | |
|---|---|---|
| v. | | No. 4:19-CR-00774-DC-1 |
| Thomas Alan Arthur | | |

### Order on Defendant's Motion for Discovery

On Defendant's *Motion for Discovery*, the Government is **ORDERED** to allow Mr. Arthur to copy the works that it intends to use in its case in chief at trial.