United States District Court
Western District of Texas
Pecos Division

| United States of America | |
|---|---|
| v. | No. 4:19-CR-00774-DC-1 |
| Thomas Alan Arthur | |

Order on Defendant's Objection to Magistrate's Ruling on Motion for Discovery

On Defendant's *Objection to Magistrate's Ruling on Motion for Discovery*, the Government is **ORDERED**:

- To make the works that the Government intends to use in its case-in-chief at trial available to the defense for review at the FBI office in Austin, Texas; and

- To allow counsel for Defendant to copy the text works that the Government intends to use in its case-in-chief at trial.