UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | NO:   PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER GRANTING CONTINUANCE TRIAL SETTING

Before the Court is the Government's Unopposed Motion to Continuance Trial, filed June 12, 2020, [Doc. 34].  The Court  **GRANTS** the Motion.

Accordingly,   **IT IS ORDERED** that the Unopposed Motion to Continue Trial is **GRANTED.**  This case is rescheduled for Jury Selection on **OCTOBER 20, 2020** at **8:30 AM**.

The Court finds that the interest of justice outweighs the interest of the Defendant(s) and of the public in a speedy trial, and that the period of time from JUNE 16, 2020, through OCTOBER 20, 2020, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) <u>et seq.</u>

**IT IS SO ORDERED**.

Signed this **12th day of June, 2020**.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE