United States District Court
Western District of Texas
Pecos Division

| United States of America | |
|---|---|
| v. | No. 4:19-CR-00774-DC-1 |
| Thomas Alan Arthur | |

Motion to Reconsider
Order Affirming Magistrate's Judge's Order Denying Motion for Discovery

**Judge Counts:**

Please reconsider the affirmance of the Magistrate Judge's *Order Denying Motion for Discovery* as to the Text Works—stories—only, as the rationale for affirming the Magistrate Judge's *Order* does not apply to those stories.

That rationale was that "[a]rguably, the drawings are pictures, produced by 'other means,' of sexually explicit conduct under Section 2256(8)."

The *stories*, however, are not even arguably "pictures … of sexually explicit conduct under Section 2256(8)."

Please require the Government to allow Counsel to make copies of the Text Works only, to keep confidentially and share only with defense expert witnesses.

2

Respectfully Submitted,

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

Lane A. Haygood
Texas State Bar Number: 24066670
Haygood Law Firm
522 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432. 337.8514
Fax:  .432.225.1062
lane@haygoodlawfirm.com

Attorneys for the Defendant,
Thomas Alan Arthur

**CERTIFICATE OF CONFERENCE AND SERVICE**

I have conferred with the attorneys for the Government about the subject matter of this objection, and they are opposed.

On the twelfth day of June, 2020, I electronically filed this motion with the Clerk of the Court using the CM/ECF filing system which will send notification of the filing of the motion to the United States Attorney's Office and the assistant United States attorneys involved in the case.

                                                                                    Mark W. Bennett