IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. P-19-CR-774-DC |
| | § | |
| THOMAS ALAN ARTHUR, | § | |
| Defendant. | § | |

UNITED STATES OF AMERICA'S
SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

On July 9, 2020 a Superseding Indictment (Doc. 39) was returned against Defendant THOMAS ALLEN ARTHUR for the violations of 18 U.S.C. §§ 1462(a),1466A(a)(1) and 1466. The Indictment included a general Notice of United States of America's Demand for Forfeiture which gave notice that the United States seeks the criminal forfeiture of property pursuant to 18 U.S.C. § 1467(a).   Specifically, this Second Bill of Particulars seeks the criminal forfeiture of the properties listed herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain properties from Defendant THOMAS ALAN ARTHUR as follows:

NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

I.
Obscenity Violations and Forfeiture Statutes
[18 U.S.C. §§ 1462 & 1466, subject to forfeiture pursuan to 18 U.S.C. § 1467(a)

As a result of the foregoing criminal violation set forth in Counts One through Nine the

United States of America gives notice of its intent to seek the forfeiture of certain property subject to forfeiture, upon conviction, and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 1467(a)(1), (2), and (3), which states:

> **Title 18 U.S.C. § 1467. Criminal forfeiture**
> (a) **Property subject to criminal forfeiture.-**A person who is convicted of an offense involving obscene material under this chapter shall forfeit to the United States such person's interest in -
>> **(1)** any obscene material produced, transported, mailed, shipped or received in violation of this chapter;
>> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such.

This Bill of Particulars includes but is not limited to the following properties described below:

## II.
## Real Properties

Real Property located and situated at **1260 Angel Road, Alpine, Brewster County, Texas, 79830**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The W/2 of the SW/4 of the SE/4;
2. The N/2 of the W/2 of the SW/4 of the SW/4 and the S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the E/2 of the SW/4 of the SW/4 of the N/2 of the W/2 of the SE/4 of the SW/4 of the S/2 of the E/2 of the NW/4 of the SW/4 of the S/2 or the W/2
4. The N2 of the E/2 of the SE/4 of the SW/4  & S/2 of the E/2 of the NE/4 of the SW/4;
5. The N/2 of the NW/4 of the SW/4;
6. The N/2 of the NE/4 of the SW/4;
7. The W/2 of the NW/4 of the SE/4;
8. The S/2 of the W/2 of the SW/4 of the NW/4;
9. The E/2 of the SW/4 of the NW/4
10. The W/2 of the SE/4 of the NW/4;
11. The E/2 of the SE/4 of the NW/4; and
12. The W/2 of the SW/4 of the NE/4.

Being 250 acres of land, more or less;

## III.
## Personal Properties

- LG Tablet, Serial Number 509CQSF0402566;
- CAT Phone;
- 2 Motorola ic502 flip phones;
- Paper with passwords and usernames written;
- Sony Vaio computer, Service Tage#C6UORT31;
- Gray Touro external hard drive, SN 6PIJ459E;
- Oyen Digital Minipro external hard drive, SN BCC2;
- 4 Crucial external hard drives, serial numbers 14420D87E333, 14350D1F67f3, 1107030340DC, 12380916A593;
- Photographs related to Mr Double;
- 7 compact disks;
- Micron 3600 desktop computer, serial number P60007201256;
- 70 Euros;
- $2,270.00, more or less in currency U.S. Currency;
- External electronic device in a black case;
- 4 Seagate external hard drives;
- Transcend external hard drive;
- 9 SD cards;
- 1 Sim card;
- Canon Digital Camera;
- Dell XPS Laptop, Service Tag 11HFP71;
- Armor computer tower, SN ST008M21STZA1MI000813;
- Computer server tower, unknown manufacturer, no serial number;
- Android cell phone, serial number S411742019096;
- 7 USB storage drives;
- 2 Compact flash drives;
- Box of VHS tapes;
- Two boxes of floppy disks;
- Box of compact disks;
- Gray computer tower, unknown manufacturer, no serial number;
- 98 boxes of suspected child erotica;
- www.mrdouble.com; and
- Any and all other property and/or accessories involved in or used in the commission of the criminal offense.

                                Respectfully submitted,

                                JOHN F. BASH
                                UNITED STATES ATTORNEY

By:   /s/
       FIDEL ESPARZA III
       Assistant United States Attorney
       State Bar No. 24073776
       601 N.W. Loop 410, Suite 600
       San Antonio, Texas 78216
       Tel: 210-384-7026
       Fax: 210-384-7045
       Email: Fidel.Esparza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participants:

**Lane Andrew Haygood**
Haygood Law Firm
522 North Grant Ave.
Odessa, TX 79765
Email: lane@haygoodlawfirm.com

**Mark William Bennett**
917 Franklin St.
4th Floor
Houston, TX 77002
Email: mb@ivi3.com

*Attorneys for Defendant Thomas Alan Arthur*

                                /s/
                                FIDEL ESPARZA III
                                Assistant United States Attorney