UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: PE:19-CR-00774(1)-DC |
| § | |
| (1) THOMAS ALAN ARTHUR § | |

**ORDER SETTING JURY SELECTION/TRIAL**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION/TRIAL,** in the Courtroom 1, 410 S. Cedar, Pecos, TX 79772, on **October 26, 2020 at 08:30 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 22nd day of September, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE