UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA § § | |
| vs. § § | Case Number:  PE:19-CR-00774(1)-DC |
| (1) Thomas Alan Arthur § | |

**ORDER SETTING STATUS CONFERENCE VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE VIA ZOOM on Wednesday, October 21, 2020 at 09:30 AM, in the Alpine Courtroom, 2450 State Highway 118, Alpine, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **25th day of September, 2020.**

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE
