# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO:   PE:19-CR-00774(1)-DC |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER GRANTING CONTINUANCE OF TRIAL SETTING

Before the Court is the Government's Motion to Continue Jury Trial, filed September 29, 2020, [Doc. 48].  The Court  **GRANTS** the Motion.

Accordingly,   **IT IS ORDERED** that the Motion to Continue Jury Trial is **GRANTED.** This case is rescheduled for Jury Selection on **JANUARY 20, 2021** at **8:30 AM**.

The Court finds that the interest of justice outweighs the interest of the Defendant(s) and of the public in a speedy trial, and that the period of time from OCTOBER 26, 2020, through JANUARY 20, 2021, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) <u>et seq.</u>

**IT IS SO ORDERED**.

Signed this **1st day of October, 2020**.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE