UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § Case Number: PE:19-CR-00774(1)-DC |
| | § |
| (1) Thomas Alan Arthur | § |

## ORDER SETTING DOCKET CALL AND PLEA DEADLINE*

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DOCKET CALL on **December 10, 2020, at 11:00 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

**\*PLEA DEADLINE IS NOW JANUARY 7, 2021.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **2nd day of October, 2020.**

_____
**DAVID B. FANNIN**
**UNITED STATES MAGISTRATE JUDGE**