UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) Thomas Alan Arthur | § | |

## ORDER CANCELLING STATUS CONFERENCE VIA ZOOM

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **STATUS CONFERENCE VIA ZOOM on Wednesday, October 21, 2020 at 09:30 AM is hereby CANCELLED  until further notice**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 14th day of October, 2020.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE