UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | Cause Number: PE:19-CR-00774(1)-DC |
| vs. | § § § | |
| (1) Thomas Alan Arthur | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
### AND
### ENTRY OF PLEA OF NOT GUILTY

**COMES NOW** Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defandant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND, UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN 14 DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT, WITHIN 14 DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE. SEE LOCAL CRIMINAL RULES CR-12 AND CR-47.**

Date: 10/26/2020

Defendant's Signature

Signature of Attorney

Name of Attorney

### ORDER
**APPROVED** by the Court. A plea of "NOT GUILTY" is entered for the defendant.

Date

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE