In the United States District Court
For the Western District of Texas
Pecos Division

| | |
|---|---|
| United States<br>v.<br>Thomas Arthur | No. P-19-CR-774<br>Judge Counts |

Advisory to Court Regarding
Mr. Arthur's Response [Doc. No. 64] to
United States's Motion in Limine to Exclude Expert Testimony etc.

**Judge Counts:**

In Mr. Arthur's response, I wrote:

> Mr. Arthur has conveyed to the Government an offer to stipulate to some of the elements in this case in order to sharpen the issues for the jury and to save the jury and this Court time.

The Government has reported that it did not interpret my offer as an offer. Which is fair, as the offer to stipulate ("If you have anything that you think we might be able to stipulate to, please let us know soon so we can bounce it off our client.") was not as clear as it should have been, and was easily subject to being misunderstood.

I have since clarified that Mr. Arthur will likely agree to stipulate to elements other than "obscenity," and asked if the Government might be willing to stipulate to any of these elements.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

### Certificate of Service

A copy of this response was emailed to the attorneys for the Government before it was filed with this Court.

_____
Mark Bennett