In the United States District Court
For the Western District of Texas
Pecos Division

| United States | | No. P-19-CR-774 |
|---|---|---|
| v. | | Judge Counts |
| Thomas Arthur | | |
| | Proposed Jury Questionnaire | |

**Judge Counts:**

Mr. Arthur submits this proposed questionnaire and asks that it be provided to prospective jurors, in addition to the Court's standard questionnaire, in advance of jury selection.

This proposed questionnaire varies from the Government's proposed questionnaire [No. 65] on pages 2, 4, 5, 6, and 8, as shown in the redlined version attached. These modifications are intended to give both parties additional information about jurors' possible biases.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

2

## CERTIFICATE OF SERVICE

I emailed a copy of this proposed questionnaire to the attorney for the Government on December 24, 2020.

_____
Mark Bennett