INSTRUCTIONS

Please answer each question fully.
Please print your first and last name on each page.
Please do NOT write on the back of any page.
Please sign this questionnaire.

PRINT NAME:_____

# QUESTIONS

1. Do you have any feelings toward local, state or federal law enforcement agents or governments that would inhibit your ability to serve as a fair and impartial juror in this case?
   Circle one: YES – NO – IT DEPENDS
   If "yes" or "it depends", please explain:
   _____
   _____
   _____

2. If selected, you will be asked to determine whether particular drawings and writings are obscene, as defined by the law.

   To prove a matter is "obscene," the government must satisfy three tests:

   > (1) that the work appeals predominantly to prurient interest, which is an appeal to a morbid, degrading, or unhealthy interest in sex, as distinguished from an ordinary interest in sex;
   > (2) that it depicts or describes sexual conduct in a patently offensive way; and
   > (3) that the material, taken as a whole, lacks serious literary, artistic, political, or scientific value.

   These drawings and writings will be of a sexually explicit nature involving children. The writings are 4 to 18 pages in length (approximately 1300 to 7000 words each). As part of your jury service, would you be able to view these drawings and writings *in a public courtroom, and discuss them with other men and women on the jury whom you do not know*, with sufficient attention to enable you to determine whether these drawings and writings meet the definition of obscenity?
   Circle one: YES – NO – IT DEPENDS

PRINT NAME:_____

    If "no" or "it depends", please explain:

    _____
    _____
    _____

3. This case involves charges under federal obscenity laws which necessarily call into question the jury's conclusions about certain writings and drawings depicting explicit sexual acts. Therefore, if you are selected as a juror in this case, you will be required to view evidence, including drawings and writings, which depict or portray sexual activity of several natures, including urination and the use of feces during sexual activity. Some people may be at ease or even willing to view these drawings or writings, some may be indifferent toward viewing them, and still others may be uncomfortable or even dread the thought of having to view such writings or drawings. However, a distaste for such material may not disqualify a prospective juror from serving. A prospective juror, however, must promise to make his or her best effort to view these drawings and writings as evidence in an impartial and objective fashion as responsible adults. You will not be asked to personally approve or disapprove of these drawings and writings or of such drawings and writings in general. You will be asked to render a fair, impartial, and objective verdict based upon the evidence admitted at trial and the law as defined by the judge. Do you feel that for any reason viewing this type of evidence would prevent you from serving as a fair and impartial juror in this case and following the judge's instructions concerning the law?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

    _____
    _____
    _____

4. It is anticipated that the evidence in this case may consist of graphic descriptions of and discussions about sexually explicit conduct involving a minor child, including images depicting such conduct. Do you feel that

PRINT NAME:_____

for any reason viewing this type of evidence would prevent you from serving as a fair and impartial juror in this case and following the judge's instructions concerning the law?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____
_____
_____

5. During the deliberations of the jury, will you be able to discuss the contents of the images and writings with other members of the jury?
Circle one: YES – NO – IT DEPENDS
If "no" or "it depends", please explain:

_____
_____
_____

6. Do you feel that the obscenity laws of this country are in any manner unconstitutional or unfair, such that they should not be enforced by the government?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____
_____
_____

7. Do you feel that the obscenity laws of this country are not strict enough, such that the government should make and enforce stricter obscenity laws?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____
_____
_____

PRINT NAME:_____

8. This case involves charges brought by the United States government which allege violations of this country's obscenity laws. These laws, which have been upheld by the United States Supreme Court, make it illegal to sell or distribute obscenity in interstate commerce. Do you hold the view that anything, no matter how objectionable, should be permitted as free speech, regardless of what this country's obscenity laws may say?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____
_____
_____

9. The United States Supreme Court has held that the First Amendment does not protect the sale or distribution of obscene material. Would you be able to follow the Court's instructions regarding the applicable law in this case, regardless of your own personal views?
Circle one: YES – NO – IT DEPENDS
If "no" or "it depends", please explain:

_____
_____
_____

10. <u>The United States Supreme Court has held that the First Amendment protects the sale or distribution of sexually explicit writings and drawings that are not obscene. Would you be able to follow the Court's instructions regarding the applicable law in this case, regardless of your own personal views?
Circle one: YES – NO – IT DEPENDS

If "no" or "it depends", please explain:

_____
_____
_____</u>

PRINT NAME:_____

11. Do you understand that you will not be asked to debate, nor will it be proper for you to debate, whether or not obscene material should be unlawful or the appropriateness of current obscenity laws?

   _____

12. Do you belong to, or are you associated with, any group, society, or organization that supports changes in the laws of the United States or any state concerning obscenity?  If yes, please explain.

   _____

13. Do you have a close friend or family member who is or has been associated with such a group, society, or organization?  If yes, please explain.

   _____
   _____

14. <u>Have you or any member of your family or household or close personal friend ever attended any meeting or conference, private or public, concerning the issues of pornography, obscenity or the availability of sexually explicit materials?  If yes, please explain.</u>

   _____
   _____

15. <u>Have you attended religious services or speaking engagements at which the topic or sermon was sexually explicit materials?  If yes, please explain.</u>

   _____
   _____

16. Have you or any member of your immediate family or a close friend taken any course work in any of the fields of counseling, psychiatry, psychology, human sexuality, social work, sociology, criminology, or criminal justice, or been employed in those fields?  If yes, please describe such.

PRINT NAME:_____

_____
_____
_____

17. Have you ever had any education, training, or worked as an artist or as a graphic designer? If yes, please explain.

_____
_____
_____

18. Have you ever had any education, training, or worked as a writer or editor? If yes, please explain.

_____
_____
_____

19. Do you personally know anyone who works in, or is otherwise involved in, printing or online publishing? If so, please explain.

_____

20. Do you believe that printing and online publishing should be allowed to operate wholly and completely free of government regulation?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____

21. Do you believe that the internet should be completely or largely unregulated, such that anything that is said or done on the internet should allowed to be said or done?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____

PRINT NAME:_____

22. <u>Do you believe that the government should impose more regulation on what is said or done on the internet?</u>
    <u>Circle one: YES – NO – IT DEPENDS</u>
    <u>If "yes" or "it depends", please explain:</u>
    _____

23. Have you heard anything, either recently or in the past, about this case or the defendant prior to coming to court today?
    _____

    a. If yes, when is the last time that you heard or read anything about this case?
       _____

    b. From what you have read or heard about this case, have you formed an opinion as to the guilt or innocence of the defendant?
       _____

    c. Do you believe that you can put aside what you have seen or heard, or any opinion you may have formed, and decide the case based on the evidence you hear in Court and in accordance with the Court's instructions?
       Circle one: YES – NO – IT DEPENDS
       If "yes" or "it depends", please explain:
       _____

24. Have you discussed this case or the defendant with anyone or has anyone discussed the case or the defendant in your presence?  If so, describe the circumstances.
    _____

25. The following question will require a yes or no answer.  If there is a yes answer, you may be questioned individually, outside the presence of the other jurors.  Have you, a member of your family or a close friend been a victim of any form of sexual abuse, whether as a child or an adult?

PRINT NAME:_____

_____

   a. Was the case reported to the authorities?
   _____

   b. Did the case go to trial?
   _____

   c. Was there anything about the experience that makes you unable to sit fairly and impartially as a juror in this case?
   _____

26. The following question will require a yes or no answer. If there is a yes answer, you may be questioned individually, outside the presence of the other jurors. Have you or any of your relatives or close friends ever had any experience with a person who has engaged in or was accused of sexual activity with or involving a child?

   _____

   a. Was the case reported to the authorities?
   _____

   b. Did the case go to trial?
   _____

   c. Was there anything about the experience that makes you unable to sit fairly and impartially as a juror in this case?
   _____

27. Have you personally, or any family member, or any close friend or relative ever been accused fairly or unfairly of child sexual abuse?
   _____

PRINT NAME:_____

28. Have you made, or known anyone who made, a report of sexual assault or child sexual abuse?

   _____

29. Have you made, or known anyone who made, a false accusation of sexual assault, or child sexual abuse?

   _____

30. Do you belong to any group which encourages, advocates or condones sexual relations between adults and children who are less than 18 years of age?

   _____

31. Do you subscribe to any publication that encourages, endorses or recommends sexual relations between adults and children who are less than 18 years of age?

   _____

32. Do you believe that a minor is capable of consenting to sexual activity with an adult?
    Circle one: YES – NO – IT DEPENDS
    If "yes" or "it depends", please explain:

   _____

33. Do you condone sexual activity between adults and minors, or between two minors?
    Circle one: YES – NO – IT DEPENDS
    If "yes" or "it depends", please explain:

   _____
    If so, at what age(s) do you think such activity is acceptable between an adult and a minor?

   _____

34. Do you disagree with the idea that the government has the responsibility to declare some materials as contraband, and further

PRINT NAME:_____

declare that those materials cannot be imported into the United States from a foreign country or carried from one state to another state, or sent by computer from one state to another state?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____

FORFEITURE

35. In certain circumstances, the law allows the United States to forfeit, or take, from a convicted person, the property that person used to commit the crime. In this case, if the defendant is convicted, the United States will be seeking forfeiture of the defendant's land and home. Do you disagree with the law that allows the government to forfeit property, such as a land or home, used to commit the crime?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____

36. In certain circumstances, the law allows the United States to forfeit, or take, from a convicted person the proceeds the person obtained from his (or her) crime or property the person bought with that money. For instance, if a person makes money selling drugs, the law allows the United States to take the money. Or if a person uses the money from selling drugs to buy a truck, the law allows the United States to take the truck  Do you disagree with that law?
Circle one: YES – NO – IT DEPENDS
If "yes" or "it depends", please explain:

_____

37. If the United States meets its burden and proves to you that the defendant committed the charged offense, and if the United States can show that the defendant used his land and home to commit the offense, would you be able to enforce the forfeiture laws knowing the property

PRINT NAME:_____

in this case is land and a home?
Circle one: YES – NO – IT DEPENDS
If "no" or "it depends", please explain:

_____

38. Is there anything that you have read in newspapers, social media posts, or viewed on television or heard from any other source regarding asset forfeiture that would influence your ability to sit as a fair and impartial juror in this case?
    Circle one: YES – NO – IT DEPENDS
    If "yes" or "it depends", please explain:

    _____

39. Have you or a close friend or relative ever been involved in any action involving government officials taking property or seizing property? If so, please describe the nature of the action, and about when it occurred, and how the matter was resolved.

    _____

    a. Do you feel that you, your close friend, or your family member was treated fairly?

       _____

    b. Would this experience make it difficult for you to be a fair and impartial juror if you were selected to serve in this case?
       Circle one: YES – NO – IT DEPENDS
       If "yes" or "it depends", please explain:

       _____

40. Do you have any beliefs or principles which would make you reluctant to decide whether property was used to commit the crime or was purchased with proceeds of criminal activity?
    Circle one: YES – NO – IT DEPENDS
    If "yes" or "it depends", please explain:

PRINT NAME:_____

_____

_____
Print Name

_____
Sign Name

_____
Date