**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CRIMINAL NO. 4:19-CR-774-DC** |
| | § | |
| **THOMAS ARTHUR,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE BY THE GOVERNMENT OF ITS INTENTION TO USE EVIDENCE IN THE**
**FORM OF RECORDS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO**
**RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE**

Comes now, the United States of America, by and through the United States Attorney for the Western District of Texas, and through the undersigned Trial Attorney and Assistant United States Attorneys, and hereby files this, its Notice of Intent to Use Evidence pursuant to FED. R. EVID. 803(6) and 902(11). The Government hereby serves notice upon the defendant in this cause that the Government will seek to introduce certain evidence, detailed more fully below, as records of regularly conducted activity in the above captioned cause.

The Government believes that the evidence listed below would be admissible under FED. R. EVID. 803(6) of "records of regularly conducted activity" and FED. R. EVID. 902(11), as certified domestic records of a regularly conducted activity.

1. Bank records regarding Checking Account # xx9142, located at Fort Davis State Bank, with an accompanying business records affidavit, dated August 8, 2019.

2. Title search and appraisal documents provided by United States Marshals Service contractor , Colliers International Greater Los Angeles Inc.,  regarding the real property listed in the Second Superseding Indictment (Doc. 54), with an accompanying business records affidavit, dated December 15, 2020.

This notice is for purposes of satisfying the notice requirement listed in Rule 902 of the Federal Rules of Evidence.

Respectfully submitted,

GREGG N. SOFER
United States Attorney

/s/_____
AUSTIN M. BERRY
Trial Attorney
Child Exploitation & Obscenity Section
601 N. Loraine, Ste. 398
Midland, Texas 79701-4310
Austin.Berry2@usdoj.gov

/s/_____
MONICA MORRISON
Assistant United States Attorney
Idaho Bar No. 7346_
110 9th Ave. South, Suite A961
Nashville, Tennessee 37203
(615) 736-5151(phone)
Monica.morrison@usdoj.gov

/s/_____
FIDEL ESPARZA III
Assistant United States Attorney
State Bar No. 24073776
601 NW Loop 410, Ste. 600
San Antonio, Texas 78216
(210) 384-7026
(210) 384-7045
Fidel.esparza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participants:

Lane Andrew Haygood
Haygood Law Firm
522 North Grant Ave.
Odessa, TX 79765
Email: lane@haygoodlawfirm.com

Mark William Bennett
917 Franklin St.
4th Floor
Houston, TX 77002
Email: mb@ivi3.com
*(Attorneys for Thomas Alan Arthur)*

_____/s/_____
AUSTIN M. BERRY
Trial Attorney


_____/s/_____
MONICA MORRISON
Assistant United States Attorney


_____/s/_____
FIDEL ESPARZA III
Assistant United States Attorney