In the United States District Court
For the Western District of Texas
Pecos Division

| United States | | No. P-19-CR-774 |
|---|---|---|
| v. | | Judge Counts |
| Thomas Arthur | | |

## Second Advisory to Court Regarding
## Mr. Arthur's Response [Doc. No. 64] to
## United States's Motion in Limine to Exclude Expert Testimony etc.

**Judge Counts:**

Since the Government filed its *Motion in Limine to Exclude Expert Testimony etc.*, the Government has requested a summary of Dr. Ley's testimony, and Mr. Arthur provided the government with the summary attached as Exhibit "A," as well as Dr. Ley's updated curriculum vitae attached as Exhibit "B."

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

**Certificate of Service**

A copy of this advisory will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett