**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **P:19-CR-774** |
| | ) | |
| **THOMAS ARTHUR** | ) | |
| | ) | |

**UNITED STATES' PROPOSED WITNESS LIST**

1. Jeremy Ewan
2. Alice Downie
3. Derek Pearson
4. Brian Nishida
5. Sandra Arthur

s/ Austin M. Berry
Austin M. Berry
Trial Attorney
Child Exploitation & Obscenity Section
Department of Justice
1301 New York Avenue, NW
11th Floor
Washington, DC 20005

**Certificate of Service**

I hereby certify that on the 12th day of January 2021, a true and correct copy of the foregoing instrument was filed via the CM/ECF System which will then serve the following Defense Counsel Lane Haygood and Mark Bennett.
 /S/ Austin M. Berry.