United States District Court
Western District of Texas
Pecos Division

| United States v. Thomas Arthur | No. P-19-CR-774-DC |
|---|---|

Defendant's Proposed Witness List

Judge Counts:

Mr. Arthur intends to call as a witness Dr. David Ley, and he may himself testify, thought that decision is yet to be made.

Respectfully Submitted,

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

Attorneys for the Defendant,
Thomas Alan Arthur

## Certificate of Service

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett

United States District Court
Western District of Texas
Pecos Division

| United States v. Thomas Arthur | No. P-19-CR-774-DC |
|---|---|
| Defendant's Motion in Limine | |