United States District Court
Western District of Texas
Pecos Division

| United States | |
|---|---|
| v. | No. P-19-CR-774-DC |
| Thomas Arthur | |

Defendant's Exhibit List

Judge Counts:

The defense may offer the following exhibits at trial. The second through tenth will be demonstrative exhibits for pedagogical purposes:

|  |  |  |  |
|---|---|---|---|
| 1: *Curriculum Vitae* of Dr. David Ley. | | | |
| 2: image0.jpg | | | |
| 3: image1.jpg | | | |
| 4: image2.jpg | | | |
| 5: image3.jpg | | | |
| 6: image4.jpg | | | |
| 7: image5.jpg | | | |
| 8: image6.jpg | | | |
| 9: image7.jpg | | | |
| 10: Excerpts from *120 Days of Sodom* | | | |
| 11: Excerpts from *Delta of Venus* | | | |

Respectfully Submitted,

*[signature]*

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

**Lane A. Haygood**
Texas State Bar Number: 24066670
**Haygood Law Firm**
522 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432. 337.8514
Fax:  .432.225.1062
lane@haygoodlawfirm.com

Attorneys for the Defendant,
Thomas Alan Arthur

## CERTIFICATE OF SERVICE

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett