United States District Court
Western District of Texas
Pecos Division

United States
v.
Thomas Arthur

No. P-19-CR-774-DC

Defendant's Reply to Government's Response
To Defendant's First Motion in Limine

Judge Counts:

The Government has stated that it does not intend to attempt to offer either 1) opinion evidence that the works in question satisfy any element of the Miller test, or 2) other-bad-acts evidence.

As Mr. Arthur understands this Court's ruling and the Government's position, then, the live issue in Mr. Arthur's first[1] *Motion in Limine* is the predicate for allowing the Government to present Sandra Arthur as a witness against her husband.

Mr. Arthur asks only that the government lay that predicate, and that Mr. Arthur be given an opportunity to take Mrs. Arthur on voir dire outside the jury's presence, before her testimony is offered or described to the jury.

---

[1] There have been developments today that will require a second motion in limine; this will be filed tonight.

Respectfully Submitted,

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

**Lane A. Haygood**
Texas State Bar Number: 24066670
**Haygood Law Firm**
522 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432. 337.8514
Fax:  432.225.1062
lane@haygoodlawfirm.com

Attorneys for the Defendant,
Thomas Alan Arthur

### Certificate of Service

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett