United States District Court

Western District of Texas

Pecos Division

| | |
|---|---|
| United States | |
| v. | No. P-19-CR-774-DC |
| Thomas Arthur | |

Defendant's Reply to Bill of Particulars
and Request for Review of Evidence

### Judge Counts:

On January 17, 2021, the Government filed its Bill of Particulars (Doc. 90). Pursuant to that Bill, it identified 35 stories not charged in the indictment upon which it intends to rely in its proof of Count VII.

In order that trial may proceed as scheduled, Mr. Arthur requests that the Government either: (1) make these 35 exhibits, identified on pages 12–13 of Doc. 90 as Exhibits 35B – 35ii, available to the defense via digital or hard copy immediately; or (2) permit Dr. Ley to examine these 35 exhibits on Tuesday, January 19, 2021, immediately following the Court's pre-trial motion hearing.

Respectfully Submitted,

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

**Lane A. Haygood**
Texas State Bar Number:
24066670
**Haygood Law Firm**
522 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432. 337.8514
Fax:  432.225.1062
lane@haygoodlawfirm.com

Attorneys for the Defendant,
Thomas Alan Arthur

2

## Certificate of Service

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett

United States District Court

Western District of Texas

Pecos Division

| United States | | |
| --- | --- | --- |
| v. | | No. P-19-CR-774-DC |
| Thomas Arthur | | |

Order on
Defendant's Request to View Evidence Identified in Bill of Particulars

The Court, having considered the Defendant's request to view the
evidence identified by the Government in its bill of particulars (Doc.
90), hereby ORDERS:

[ ]    That the evidence identified as Exhibits 35B through 35ii
in the Bill of Particulars (Doc. 90) be made available to the
Defense **immediately** through providing digital copies

[ ]    That the evidence identified as Exhibits 35B through 35ii
in the Bill of Particulars (Doc. 90) be made available to the
Defense **at 8:00 a.m. on January 19, 2021,** through
providing hard copies to the Defense

[ ]    That Dr. David Ley be permitted to inspect and review the
exhibits identified as Exhibits 35B through 35ii in the Bill
of Particulars (Doc. 90) beginning no later than
immediately after the close of the Court's final pre-trial
hearing on January 19, 2021.

Signed on this the _____ day of January, 2021.

_____

**JUDGE DAVID COUNTS**