United States District Court
Western District of Texas
Pecos Division

| United States v. Thomas Arthur | No. P-19-CR-774-DC |
|---|---|

Order on
Defendant's Motion for Clarification
Of Court's Order

On Defendant's motion, the Court clarifies its oral order regarding permissible argument as follows: