# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO: |
| vs. | § § | PE:19-CR-00774(1)-DC |
| (1) THOMAS ALAN ARTHUR | § § | |

## LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Jeremy Ewan | 1. |
| 2. Brian Nishida | 2. |
| 3. Derek Pearson | 3. |
| 4. Sandra Arthur | 4. |
| 5. Alice Downie | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |