## UNITED STATES' LIST OF EXHIBITS

### UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS            NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS         DATE: January 19, 2021

| GOV | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 1 | 9/25/2019 Screen capture – Screen names – 8:08 | | | Admitted 1/20/21 | Ewan, Jeremy |
| 2 | 9/25/2019 Screen capture – Forum registration – 5:18 | | | Admitted 1/20/21 | Ewan, Jeremy |
| 3 | 9/25/2019 Screen capture – Member services – 2:06 | | | Admitted 1/20/21 | Ewan, Jeremy |
| 4 | 9/25/2019 Screen capture – Stories – 5:29 | | | Admitted 1/20/21 | Ewan, Jeremy |
| 5A-, +B | A – Story 1 – "A Spectacle to Beat All Others" by babyNpop<br>B – Story Locations<br>~~C – Word cloud~~ | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 6A-, B | A – Story 2 – "Baby Wank" by Evil Dad<br>B – Story Locations<br>~~C – Word cloud~~ | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |

UNITED STATES' LIST OF EXHIBITS

UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS            NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS            DATE: January 19, 2021

| | | | | | |
|---|---|---|---|---|---|
| 7A-B | A – Story 3 – "Buttfucking a 10-Year-Old Girl" by Steven Seven<br>B – Story Locations<br>~~C – Word cloud~~ | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 8A-B | A – Story 4 – "Replacing My Wife – She Had it Coming" by BabyRaper<br>B – Story Locations<br>~~C – Word cloud~~ | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 9A-B | A – Story 5 – "The Baby Mangler" by Lachurna<br>B – Story Locations<br>~~C – Word cloud~~ | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 10A-B | A - Drawing 1 – Netman169<br>B – Drawing locations | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 11A-B | A - Drawing 2 – Girls_suck<br>B – Drawing locations | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |

# UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS                                  NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS                           DATE: January 19, 2021

| | | | | | |
|---|---|---|---|---|---|
| 12A-B | A - Drawing 3 – Loadthemule<br>B – Drawing locations | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 13 | Articles of Incorporation | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 14 | List of Story Names – Summary Chart | | | Admitted 1/20/21 | Nishida, Brian |
| 15 | List of Author Names – Summary Charts | | | Admitted 1/20/21 | Nishida, Brian |
| 16A-16DD | 30 photos from November 7, 2019 residential search | | | Admitted 1/20/21 | Ewan, Jeremy |
| 17 | Instructions on uploading to Mr. Double | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |

## UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS　　　　　　　　　　　　　　　　　　　　NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS　　　　　　　　　　　　　　　DATE: January 19, 2021

| | | | | | |
|---|---|---|---|---|---|
| 18 | Authors Balance Report (129 pages)<br>• W9info (1999 & 2000)<br>• Aug99<br>• Balance Aug_Oct 2002<br>• Balance Aug_Oct 2003<br>• Balance Aug_Oct 2004<br>• Balance Aug_Oct 2005 | | | Admitted 1/20/21 | Downie, Alice |
| 19 | Tax records summary chart | | | Admitted 1/20/21 | Downie, Alice |
| 20 | Letter to accountant – Scott2002.doc | | | Admitted 1/20/21 | Downie, Alice |
| 21A-B | Letter to accountant –<br>• Scott2003.doc<br>• Scott2_2003.doc | | | Admitted 1/20/21 | Downie, Alice |
| 22 | Letter to accountant – Scott2007.doc | | | Admitted 1/20/21 | Downie, Alice |
| 23 | Letter to accountant – Scotttax2011.doc | | | Admitted 1/20/21 | Downie, Alice |

# UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS  　　　　　　　　　　　　　　　　　　NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS 　　　　　　　　　　　　　　DATE: January 19, 2021

| # | Description | | | Status | Witness |
|---|---|---|---|---|---|
| 24 | Mr. Double website | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 25A-E | Aerial photos pre-SW | | | Admitted 1/20/21 | Ewan, Jeremy |
| 26A-R | Interview of Thomas Arthur | | | Admitted 1/20/21 | Pearson, Derek |
| 27A-C | LNK files<br>- Authors Balance Report<br>- Child Raper<br>- Ally and Her Dad | | | Admitted 1/20/21 | Ewan, Jeremy<br>Nishida, Brian<br>Downie, Alice |
| 28 | Sitema2.gif (Sitemap of Mr. Double website) | | | Admitted 1/20/21 | Nishida, Brian |
| 29A-M | Emails from Mr. Double | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice |
| 30 | Ft. Davis Bank records | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice |

# UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. THOMAS ALAN ARTHUR

JUDGE DAVID COUNTS                    NO. 4:19-CR-774

WESTERN DISTRICT OF TEXAS             DATE: January 19, 2021

| | | | | | |
|---|---|---|---|---|---|
| 31A-D | Forum posts from Mr. Double | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice |
| 32 | Aerial photo | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice |
| 33A-B | Story codes | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice<br>Nishida, Brian |
| 34 | Stipulations | | | Admitted 1/20/21 | Ewan, Jeremy |
| 35A-ii | Stories | | | Admitted 1/20/21 | Ewan, Jeremy<br>Downie, Alice<br>Nishida, Brian |
| | | | | | |
| | | | | | |