IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | P-19-CR-774-DC |
| THOMAS ALAN ARTHUR,<br>Defendant. | § § § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

## COUNT ONE

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ___Guilty___

Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

## COUNT TWO

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ___Guilty___

Not Guilty/Guilty

of the offense charged in Count Two of the Indictment.

## COUNT THREE

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ___Guilty___

Not Guilty/Guilty

of the offense charged in Count Three of the Indictment.

## COUNT FOUR

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ___Guilty___

Not Guilty/Guilty

of the offense charged in Count Four of the Indictment.

## COUNT FIVE

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ____Guilty____

Not Guilty / Guilty

of the offense charged in Count Five of the Indictment.

## COUNT SIX

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ____Guilty____

Not Guilty / Guilty

of the offense charged in Count Six of the Indictment.

## COUNT SEVEN

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ____Guilty____

Not Guilty / Guilty

of the offense charged in Count Seven of the Indictment.

### SPECIAL INTERROGATORY FOR COUNT SEVEN

If you find the Defendant, THOMAS ALAN ARTHUR, guilty of the crime charged in Count Seven of the Indictment, please list the title of the stories and/or drawings you find obscene in the following blank page.

## COUNT EIGHT

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ____Guilty____

Not Guilty / Guilty

of the offense charged in Count Eight of the Indictment.

## COUNT NINE

We the Jury find that Defendant **THOMAS ALAN ARTHUR** is ____Guilty____

Not Guilty / Guilty

of the offense charged in Count Nine of the Indictment.

Jan. 21st 2021
DATE

JURY FOREPERSON

# ANSWER TO SPECIAL INTERROGATORY FOR COUNT SEVEN

<u>Stories</u>

35AA - Katrina and Her Daddy by Que?

35BB - Tracy

5A - A spectacle to beat all others

6A - Baby Wank

7A - Buttfucking a 10-year old girl

8A - Replacing my wife - she had it coming

9A - The Baby Mangler

<u>Pictures</u>

10A - Bio picture for Netman169

11A - Girls Suck

12A - Loadthmule