UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

# RECEIPT FOR GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

## SEE LISTS BELOW

Govt #5   A
Govt #6   A
Govt #7   A
Govt #8   A
Govt #9   A
Govt #10 A
Govt #11 A
Govt #12 A
Govt #24
Govt #35 A-ii

01/21/2021
DATE

_Cory A. Richardson_, SSRA
ATTORNEY OR AGENT

_____
ATTORNEY OR AGENT