# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER RESETTING SENTENCING ALPINE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING ALPINE** in Alpine Courtroom, on the , 2450 State Hwy. 118, Alpine, TX, on **Tuesday, April 27, 2021 at 08:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 19th day of February, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE