Orlando & Orlando, LLP
Monica S. Orlando
1021 Main Street, Suite 1150
Houston, TX 77002

**CERTIFIED MAIL®**

9414 7266 9904 2180 1327 43

RETURN RECEIPT REQUESTED

U.S. District Clerk's Office
410 South Cedar
Pecos, TX 79772-

**RECEIVED**
March 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Licon
DEPUTY

SCREENED BY CSC
MAR 29 2021

NEOPOST
03/25/2021
US POSTAGE $0



