UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO. P-19-CR-00774-DC |
| § | |
| THOMAS ALAN ARTHUR, § | |
| § | |
| Defendant. § | |

## DECLARATION OF PUBLICATION

In accordance with Title 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 11, 2021 and ending on March 12, 2021.   (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2021 at San Antonio, TX.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
FIDEL ESPARZA III
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 24073776
Email: Fidel.Esparza@usdoj.gov

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS, PECOS DIVISION
## COURT CASE NUMBER: 4:19-CR-00774-DC; NOTICE OF FORFEITURE

Notice is hereby given that on January 27, 2021, in the case of <u>U.S. v. Thomas Alan Arthur</u>, Court Case Number 4:19-CR-00774-DC, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

Real Property located and situated at 1260 Angel Road, Alpine, Brewster County, Texas, 79830, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The W/2 of the SW/4 of the SE/4;
2. The N/2 of the W/2 of the SW/4 of the SW/4 and the S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the E/2 of the SW/4 of the SW/4 of the N/2 of the W/2 of the SE/4 of the SW/4 of the S/2 of the E/2 of the NW/4 of the SW/4 of the S/2 or the W/2
4. The N2 of the E/2 of the SE/4 of the SW/4 & S/2 of the E/2 of the NE/4 of the SW/4;
5. The N/2 of the NW/4 of the SW/4;
6. The N/2 of the NE/4 of the SW/4;
7. The W/2 of the NW/4 of the SE/4;
8. The S/2 of the W/2 of the SW/4 of the NW/4;
9. The E/2 of the SW/4 of the NW/4
10. The W/2 of the SE/4 of the NW/4;
11. The E/2 of the SE/4 of the NW/4; and
12. The W/2 of the SW/4 of the NE/4

Being 250 acres of land, more or less
(20-FBI-002354)

$2,270.00, more or less in currency U.S. Currency (20-FBI-006167)

70 Euros (20-FBI-006169)

www.mrdouble.com (20-FBI-006170)

LG Tablet, Serial Number 509CQSF0402566 (20-FBI-006171)
CAT Phone (20-FBI-006171)
2 Motorola flip phones (20-FBI-006171)
Sony Vaio computer, Service Tage#C6UORT31 (20-FBI-006171)
Gray Touro external hard drive, SN 6PIJ459E (20-FBI-006171)

Oyen Digital Minipro external hard drive, SN BCC2 (20-FBI-006171)
4 Crucial external hard drives, serial numbers 14420D87E333, 14350D1F67f3, 00000000110703034CDC, 12380916A593 (20-FBI-006171)
7 compact disks (20-FBI-006171)
Micron 3600 desktop computer, serial number P60007201256 (20-FBI-006171)
External electronic device in a black case (20-FBI-006171)
4 Seagate external hard drives, serial numbers 9VS4XWNW, 9VS2XCZS, 9VS2Y4VM, 9VS07M3E (20-FBI-006171)
Transcend external hard drive (20-FBI-006171)
9 SD cards (20-FBI-006171)
1 Sim card (20-FBI-006171)
Canon Digital Camera (20-FBI-006171)
Dell XPS Laptop, Service Tag 11HFP71 (20-FBI-006171)
Armor computer tower, SN ST008M21STZA1MI000813 (20-FBI-006171)
Computer server tower, unknown manufacturer, no serial number (20-FBI-006171)
Android cell phone, serial number S411742019096 (20-FBI-006171)
7 USB storage drives (20-FBI-006171)
2 Compact flash drives (20-FBI-006171)
Box of VHS tapes (20-FBI-006171)
Two boxes of floppy disks (20-FBI-006171)
Box of compact disks (20-FBI-006171)
Gray computer tower, unknown manufacturer, no serial number (20-FBI-006171)
Gray ioSafe Solo External Hard Drive with serial number 0120023219 (20-FBI-006171)

Paper with passwords and usernames written (20-FBI-006172)
Photographs related to Mr Double (20-FBI-006172)
98 boxes of suspected child erotica (20-FBI-006172)

Any and all other property and/or accessories involved in or used in the commission of the criminal offense


The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 11, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 410 S. Cedar, Pecos, TX  79772, and a copy served upon Assistant United States Attorney Fidel Esparza III, 601 N.W. Loop 410, Suite 600, San Antonio, TX  78216-5597.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant

good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Fidel Esparza III, 601 N.W. Loop 410, Suite 600, San Antonio, TX  78216-5597.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 11, 2021 and March 12, 2021.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Thomas Alan Arthur

**Court Case No:**     4:19-CR-00774-DC
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/11/2021 | 23.9 | Verified |
| 2 | 02/12/2021 | 23.9 | Verified |
| 3 | 02/13/2021 | 23.9 | Verified |
| 4 | 02/14/2021 | 23.8 | Verified |
| 5 | 02/15/2021 | 24.0 | Verified |
| 6 | 02/16/2021 | 23.9 | Verified |
| 7 | 02/17/2021 | 23.9 | Verified |
| 8 | 02/18/2021 | 23.9 | Verified |
| 9 | 02/19/2021 | 23.9 | Verified |
| 10 | 02/20/2021 | 23.9 | Verified |
| 11 | 02/21/2021 | 23.9 | Verified |
| 12 | 02/22/2021 | 24.0 | Verified |
| 13 | 02/23/2021 | 23.8 | Verified |
| 14 | 02/24/2021 | 23.9 | Verified |
| 15 | 02/25/2021 | 23.9 | Verified |
| 16 | 02/26/2021 | 23.8 | Verified |
| 17 | 02/27/2021 | 23.8 | Verified |
| 18 | 02/28/2021 | 23.7 | Verified |
| 19 | 03/01/2021 | 24.0 | Verified |
| 20 | 03/02/2021 | 23.9 | Verified |
| 21 | 03/03/2021 | 23.9 | Verified |
| 22 | 03/04/2021 | 23.9 | Verified |
| 23 | 03/05/2021 | 23.9 | Verified |
| 24 | 03/06/2021 | 23.9 | Verified |
| 25 | 03/07/2021 | 23.8 | Verified |
| 26 | 03/08/2021 | 24.0 | Verified |
| 27 | 03/09/2021 | 24.0 | Verified |
| 28 | 03/10/2021 | 23.9 | Verified |
| 29 | 03/11/2021 | 23.9 | Verified |
| 30 | 03/12/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.