UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER RESETTING SENTENCING ALPINE

    IT IS HEREBY ORDERED that the Defendant's Motion to Continue Sentencing, filed April 9, 2021 is GRANTED.  The above entitled and numbered case is reset for **SENTENCING ALPINE** in Alpine Courtroom, on the , 2450 State Hwy. 118, Alpine, TX, on **Tuesday, May 25, 2021 at 08:30 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 9th day of April, 2021.

                                                 DAVID COUNTS
                                               UNITED STATES DISTRICT JUDGE