United States District Court
Western District of Texas
Pecos Division

| United States | |
|---|---|
| v. | No. P-19-CR-774-DC |
| Thomas Arthur | |
| Defendant's Second Unopposed Motion to Continue Sentencing | |

**To the Hon. Judge Counts:**

The Defendant in the above-captioned case, Thomas A. Arthur, under Rule 45(b) of the Federal Rules of Criminal Procedure, respectfully moves the Court for an order continuing the sentencing date in this case. In support, Thomas A. Arthur would show:

I.

This case is presently set for a sentencing hearing on May 25, 2021. On March 30, 2021, the undersigned counsel spoke with Mr. Austin Berry, counsel for the Government, via electronic mail, and Mr. Berry voiced no objection to continuing the sentencing from its present date.

II.

The reason a continuance is necessary in this matter is that Mark Bennett, counsel for Mr. Arthur, is set for trial in the 178th District Court of Harris County, Texas, on May 25, 2021 in *State of Texas v. Donald Dehnert*, cause numbers: 1655873, -77, -79, -81, -83, -85, -87, -88, -90, and -92. This trial is expected to last through at least May 29, 2021. The nature of this case is ten charges of Possession of Child Pornography.

This continuance is not sought for purposes of delay but so that justice may be done.

Mr. Berry and the undersigned are available June 22, 23, 24, or 25

### III.

Thomas Alan Arthur prays that this Court enter an order continuance the sentencing hearing to a later date.

Respectfully Submitted,

**Mark Bennett**
Attorney in Charge
TBN 00792970
**Bennett & Bennett**
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

**Lane A. Haygood**
Texas State Bar Number: 24066670
**Haygood Law Firm**
522 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432. 337.8514
Fax:  .432.225.1062
lane@haygoodlawfirm.com

Attorneys for the Defendant,
Thomas Alan Arthur

## CERTIFICATE OF SERVICE

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____
Mark Bennett

United States District Court
Western District of Texas
Pecos Division

| United States v. Thomas Arthur | No. P-19-CR-774-DC |

Order on
Defendant's Second Unopposed Motion to Continue Sentencing

Defendant Thomas Alan Arthur's Unopposed Motion to Continue Sentencing is hereby:

GRANTED

DENIED

The new sentencing date is as follows:

Signed in Pecos, Texas on this _____ day of _____, 2021.

_____
Hon. David Counts
United States District Judge