**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **4:19-CR-00774-DC**

**THOMAS ALAN ARTHUR,**

     **Defendant**

**DEFENDANT THOMAS ALAN ARTHUR'S NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE DAVID COUNTS:**

The Defendant in the above styled and numbered cause, Thomas Alan Arthur, gives notice of

appeal in this cause to the United States Court of Appeals for the Fifth Circuit from the final

judgment entered in this action on the 22nd day of June, 2021.

Respectfully Submitted,

/s/ Lane A. Haygood
**LANE A. HAYGOOD**
Texas State Bar Number:  24066670
lane@haygoodlawfirm.com
**HAYGOOD LAW FIRM**
522 North Grant Ave.
Odessa, TX 79761
Telephone:  432.337.8514
Fax:  432.225.1062

Attorney for the Defendant,
Thomas Alan Arthur

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the Defendant Thomas Alan Arthur's Notice of Appeal was electronically served to Austin M. Berry, Assistant United States Attorney on the 22nd day of June, 2021.


/s/ Lane Haygood
**LANE A. HAYGOOD**