# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § | |
| v. § | CRIMINAL NO. 4:19-CR-774(1)-DC |
| § | |
| THOMAS ARTHUR, § § | |
| Defendant. § | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT

COMES NOW, the United States of America, by and through the United States Attorney for the Western District of Texas, and through the undersigned Trial Attorney and Assistant United States Attorneys, and hereby submits this Motion to Dismiss Indictment and Superseding Indictment following the Defendant's convictions on all counts of the Second Superseding Indictment.

Respectfully submitted,

ASHLEY HOFF
United States Attorney

/s/
AUSTIN M. BERRY
Trial Attorney
Child Exploitation & Obscenity Section
1301 New York Avenue, NW
11th Floor
Washington, DC 20005
Austin.Berry2@usdoj.gov

/s/
MONICA R. MORRISON
Assistant United States Attorney
110 9th Ave. South, Suite A961

        Nashville, Tennessee 37203
        (615) 736-5151
        Monica.morrison@usdoj.gov

        /s/ _____
        FIDEL ESPARZA III
        Assistant United States Attorney
        601 NW Loop 410, Ste. 600
        San Antonio, Texas 78216
        (210) 384-7026
        (210) 384-7045
        Fidel.esparza@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CRIMINAL NO. 4:19-CR-774(1)-DC |
| | § |
| THOMAS ARTHUR, | § |
| | § |
| Defendant. | § |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT

Before the Court is the Government's Motion to Dismiss Indictment and Superseding Indictment [Doc. 141] filed on July 5, 2021. The Court **GRANTS** the Motion.

Accordingly, **IT IS ORDERED** that the Motion to Dismiss Indictment and Superseding Indictment is **GRANTED**.

**IT IS SO ORDERED.**

Signed this the _____ day of July, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of July, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such to the following CM/ECF participants:

Lane Andrew Haygood
Haygood Law Firm
522 North Grant Ave.
Odessa, TX 79765
Email: lane@haygoodlawfirm.com

Mark William Bennett
917 Franklin St.
4th Floor
Houston, TX 77002
Email: mb@ivi3.com
*(Attorneys for Thomas Alan Arthur)*

                                      /s/
                            AUSTIN M. BERRY
                            Trial Attorney

                                      /s/
                            MONICA R. MORRISON
                            Assistant United States Attorney

                                      /s/
                            FIDEL ESPARZA III
                            Assistant United States Attorney