IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | PE:19-CR-774 |
| | ) | |
| THOMAS ALAN ARTHUR | ) | |

## ORDER APPOINTING NEW APPELLATE COUNSEL

On the 9th day of August, 2021, the Court appoints **Attorney Lane Haygood** to represent Defendant **THOMAS ALAN ARTHUR** in the above-referenced cause for appellate purposes under the Criminal Justice Act.

It is so **ORDERED**.

**SIGNED** this 9th day of August, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE