UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: PE:19-CR-00774(1)-DC |
| (1) THOMAS ALAN ARTHUR | § § | |

**ORDER SETTING RE-SENTENCING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **RE-SENTENCING,** in the Courtroom 1, 410 S. Cedar, Pecos, TX 79772, on **December 14, 2022 at 11:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 21st day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE