UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: PE:19-CR-00774(1)-DC |
| § | |
| (1) THOMAS ALAN ARTHUR § | |

### ORDER FOR PRODUCTION OF DEFENDANT FOR HEARING

GREETINGS TO THE UNITED STATES MARSHAL, PECOS, TEXAS:

ON THIS DAY came to be represented that the defendant needed in the above-entitled and numbered cause is in the custody of the Federal Bureau of Prisons, and is incarcerated **at MARION USP** and that public justice demands that the said **THOMAS ALAN ARTHUR, REG. NO. 42556-480** be present for scheduled proceedings in the above numbered action on December 14, 2022 @ 11:00 AM .

IT IS THEREFORE ORDERED that the United States Marshal produce and deliver the defendant to the **United States Courthouse in Pecos, Texas** for scheduled proceedings and at the conclusion of said proceedings, the defendant shall be returned to the custody of the U. S. Marshal.

SIGNED AND ENTERED October 21, 2022

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE