# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:19-CR-00774(1)-DC |
| | § | |
| (1) THOMAS ALAN ARTHUR | § | |

## ORDER RESETTING RE-SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **RE-SENTENCING** in Alpine Courtroom, on the , 2450 State Hwy. 118, Alpine, TX, on **Tuesday, January 24, 2023 at 10:00 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 26th day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE