IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | P:19-CR-774 |
| | ) | |
| THOMAS ALAN ARTHUR | ) | |

## ORDER APPOINTING COUNSEL TO REPRESENT THE DEFENDANT UNDER THE CRIMINAL JUSTICE ACT

The above referenced cause has been remanded to the District Court for resentencing.

The Court appoints **Attorney Lane Andrew Haygood** to represent the Defendant for resentencing under the Criminal Justice Act

It is so **ORDERED**.

SIGNED this 27th day of December, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE