# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 21, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Thomas Alan Arthur
        v. United States
        No. 22-6519
        (Your No. 21-50607)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

