**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                      **4:19-CR-00774-DC**

**THOMAS ALAN ARTHUR,**

    **Defendant**

**DEFENDANT THOMAS ALAN ARTHUR'S NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE DAVID COUNTS:**

    The Defendant in the above styled and numbered cause, Thomas Alan Arthur, gives notice of appeal in this cause to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 4th day of April, 2023.

        Respectfully Submitted,

        /s/ Lane A. Haygood
        **LANE A. HAYGOOD**
        Texas State Bar Number:  24066670
        lane@haygoodlawfirm.com
        **HAYGOOD LAW FIRM**
        3800 E. 42nd St., Ste. 110
        Odessa, TX 79762
        Telephone:  432.803.5800
        Fax:  432.225.1062

        Attorney for the Defendant,
        Thomas Alan Arthur

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the Defendant Thomas Alan Arthur's Notice of Appeal was electronically served to Austin M. Berry, Assistant United States Attorney on the 14th day of April, 2023.


/s/ Lane Haygood
**LANE A. HAYGOOD**